Katrina E. Glogowski, WSBA #27483
Glogowski Law Firm, PLLC
Trianon Building Ste 100
2505 Third Ave
Seattle, WA 98121
Phone (206) 903-9966
Fax (206) 405-2701

The Honorable Marc Barreca
Chapter 13
Location: Seattle
Hearing Date & Time: 02/24/2011 9:30
Response Deadline: 02/17/2011

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:                                         ) Case No. 10-23317-MLB
                                               )
Catherine Hagen                                ) Chapter 13
            Debtor(s).                         )
                                               ) **CERTIFICATE OF SERVICE**
                                               )
                                               )
                                               )
                                               )

I hereby certify that I am an employee of Glogowski Law Firm, PLLC, that my business address is 2505 Third Ave Ste 100, Seattle, WA 98121. I am over the age of 18 and not a party to the within action.

On this date, pursuant to Federal Rules of Civil Procedure and Local Rules, I served the documents described as: MOTION FOR RELIEF FROM STAY, NOTICE OF HEARING; PROPOSED ORDER; and CERTIFICATE OF SERVICE on the interested parties at their last know address in this action by placing a true and correct copy thereof in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at Seattle, WA, addressed as set forth below:

Debtor:
Catherine Hagen, 203 32nd Ave. E., Seattle, WA 98112

I served the following via ECF:

Debtor(s) Attorney:
Christina Latta Henry

Trustee:
K Michael Fitzgerald

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 25, 2011        /s/ Katrina E. Glogowski
                               Katrina E. Glogowski