1  Katrina E. Glogowski, WSBA #27483                The Honorable Marc Barreca
   Glogowski Law Firm, PLLC                         Chapter 13
2  Trianon Building Ste 100                         Location: Seattle
   2505 Third Ave                                   Hearing Date & Time:
3  Seattle, WA 98121
   Phone (206) 903-9966
4  Fax (206) 405-2701

5  Attorney for: Secured Creditor,
   PROVIDENT FUNDING, LLC, its assignees and/or successors
6  UNITED STATES BANKRUPTCY COURT

7                    WESTERN DISTRICT OF WASHINGTON

8
   In re                          ) Case No. 10-23317-MLB
9                                 )
10 Catherine Hagen                 ) Chapter 13
                                   ) **Agreed**
11            Debtor.              ) **Order Denying Confirmation**
                                   )
12

13 _____

14     The Objection to Confirmation of Chapter 13 Plan proposed by Debtor brought by

15 Movant, Provident Funding LLC, came before this Court on before the Honorable Marc Barreca,

16 Judge presiding.

17     Upon reading the papers and pleadings on file herein, and based on the evidence

18 presented, the Court rules as follows:

19     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that confirmation of the

20 Chapter 13 Plan proposed by Debtor and dated 12/01/2010 is denied.

21

22     Dated: _____

23                                             Marc Barreca
                                               United States Bankruptcy Judge
24                                             (Dated as of Entered on Docket date above)

25 Presented By:                                Agreed to; Stipulated to:

26 /s/ Katrina E. Glogowski                    _____
   Katrina E. Glogowski, WSBA #27483           Christina Latta Henry, WSBA # 31273
27 Attorneys for Movant                        Attorneys for Debtor