Katrina E. Glogowski, WSBA #27483  
Glogowski Law Firm, PLLC  
Trianon Building Ste 100  
2505 Third Ave  
Seattle, WA 98121  
Phone (206) 903-9966  
Fax (206) 405-2701

The Honorable Marc Barreca  
Chapter 13  
Location: Seattle  
Hearing Date & Time: 02/24/2011 9:30  
Response Deadline: 02/17/2011

UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) Case No. 10-23317-MLB |
| Catherine Hagen | ) Chapter 13 |
| Debtor(s). | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |

The motion for relief from the automatic stay of Movant, Provident Funding, LLC, its successors and/or assigns, ("Movant"), came on regularly before the Honorable Marc Barreca, Judge presiding.

Upon reading the papers and pleadings on file herein, and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of Movant in the property commonly known as 203 32nd Ave. E., Seattle, WA 98112.

IT IS FURTHER ORDERED that Movant may complete its foreclosure and/or replevin and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that this Order shall remain in effect in the event that the Debtor converts this case to another chapter under the bankruptcy code.

IT IS FURTHER ORDERED that the Movant may contact the Debtor concerning loan modification and/or forbearance programs available to the Debtor, however, Movant may not attempt to collect any debt once the Debtor has received a discharge.

Dated: _____

Marc Barreca  
United States Bankruptcy Judge  
(Dated as of Entered on Docket date above)

| | |
|---|---|
| 1 | Presented By: |
| 2 | |
| 3 | /s/ Katrina E. Glogowski |
| 4 | Katrina E. Glogowski, WSBA #27483<br>Attorney for Movant |

```
 1  Presented By:
 2
 3  /s/ Katrina E. Glogowski
 4  Katrina E. Glogowski, WSBA #27483
    Attorney for Movant
```